UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICKY ALLEN LEE and PAUL VERNON RIGSBY, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ITT CORPORATION, an Indiana corporation, and ITT FEDERAL SERVICES INTERNATIONAL CORPORATION, a Delaware corporation,<br><br>Defendants. | CASE NO. C10-0618-JCC<br><br>ORDER |

This matter comes before the Court on the parties' joint status report (Dkt. No. 120). On March 19, 2014, the Court granted the parties' stipulated motion to stay all proceedings pending Defendants' appeal to the Ninth Circuit. (Dkt. No. 113.) The Court of Appeals subsequently affirmed this Court's order granting class certification. (Dkt. No. 116.) The Supreme Court denied certiorari and the Court of Appeals entered its mandate in October 2017. *Ricky Allen Lee, et al. v. ITT Corporation, et al.*, No. 14-35186, Dkt. Nos. 52-1, 52-2 (9th Cir. 2017); (*see also* Dkt. No.120)

In their joint status report, the parties state that they have engaged in mediation since the Ninth Circuit issued its mandate, and have another mediation session scheduled for March 13,

2018, where they hope to reach a class settlement. (Dkt. No. 120.) Accordingly, the parties ask the Court to continue the current stay of proceedings until March 30, 2018 or until the parties inform the Court they have reached a settlement. (*Id*.) Finding good cause, the Court ORDERS that all matters in this case are stayed until March 30, 2018 or until the Court issues an order lifting the stay.

DATED this 19th day of January 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE