THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICKY ALLEN LEE, *et al.*, | CASE NO. C10-0618-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ITT CORPORATION, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 127). On March 19, 2014, the Court granted the parties' stipulated motion to stay all proceedings pending Defendants' appeal to the Ninth Circuit. (Dkt. No. 113.) The Court of Appeals subsequently affirmed this Court's order granting class certification. (Dkt. No. 116.) The Supreme Court denied certiorari and the Court of Appeals entered its mandate in October 2017. *Ricky Allen Lee, et al. v. ITT Corporation, et al.*, No. 14-35186, Dkt. Nos. 52-1, 52-2 (9th Cir. 2017); (*see also* Dkt. No.120)

The parties subsequently engaged in mediation and have reached a class settlement agreement. (Dkt. Nos. 126, 127.) Accordingly, the parties ask the Court to continue the current stay of proceedings until April 13, 2018 in order to finalize the terms of the settlement. (Dkt. No.

| | |
|---|---|
| 1 | 127.) Finding good cause, the Court ORDERS that all matters in this case will remain stayed, |
| 2 | except for the parties' filing of a proposed class settlement agreement, until April 30, 2018 or |
| 3 | until the Court issues an order lifting the stay. |
| 4 | DATED this 2nd day of April 2018. |

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk