THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RICKY ALLEN LEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ITT CORPORATION, *et al.*, <br><br> Defendants. | CASE NO. C10-0618-JCC <br><br> ORDER |

This matter comes before the Court on Plaintiffs' unopposed motion to modify the terms of class notice (Dkt. No. 135). On May 22, 2018, the Court granted preliminary approval of the parties' class settlement agreement. (Dkt. No. 134.) Pursuant to the agreement, class counsel was required to send notice of the settlement to all class members via first class mail. (Dkt. No. 131 at 23.) Class counsel's mail vendor mailed the notice on June 5, 2018. (Dkt. No. 136 at 2.) Class counsel subsequently learned that the notice was sent by standard, rather than first class mail. (*Id*.) Class members had until July 6, 2018 to opt out of the class settlement. (*Id*. at 3.)

Pursuant to the terms of the settlement agreement, Plaintiffs ask the Court to modify the mailing condition to allow notice by standard mail. (*Id*.); (*see* Dkt. No. 131 at 24) ("In the event that the District Court approves this Agreement, but subject to modification(s), the Parties shall jointly modify the Notice which is to be sent pursuant to this Agreement.") Defendants do not oppose the modification.

The Court is satisfied that class notice was adequate, despite being sent by standard mail. Therefore, Plaintiffs' unopposed motion to modify the terms of class notice (Dkt. No. 135) is GRANTED.

DATED this 12th day of July 2018.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE